# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cr266

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **RHONDA ANN MOFFITT.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Warden Ginny Van Buren's request for a 30 day extension of this court's Order allowing defendant's Motion for a Psychiatric Examination. Good cause having been shown, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Warden Ginny Van Buren's request for a 30 day extension of this court's Order allowing defendant's Motion for a Psychiatric Examination is **ALLOWED**, and the deadlines set forth in the previous Order are **ENLARGED** by 30 days.

Signed: March 14, 2007

Dennis L. Howell
United States Magistrate Judge